UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:19-cv-00345-FL

| | |
|---|---|
| STEVE SANDS,<br>Plaintiff,<br><br>v.<br><br>EPICSTREAM, LLC<br>Defendant. | ANSWER OF DEFENDANT<br>EPICSTREAM, LLC |

Defendant Epicstream, LLC ("Epicstream"), by its undersigned counsel, hereby answers the complaint of plaintiff Steve Sands ("Plaintiff") in this action dated August 8, 2019 ("Complaint") as follows:

## NATURE OF THE ACTION

1. Epicstream states that the allegations contained in Paragraph 1 are conclusions of law to which no response is necessary and denies knowledge or information sufficient to form a belief as to their truth or falsity, and therefore denies the same, except that it admits that this action purports to arise under the Copyright Act, seeks monetary relief and involves a single photograph.

## JURISDICTION AND VENUE

2. The allegations contained in Paragraph 2 are conclusions of law to which no response is necessary, but to the extent a response is required: Epicstream admits that the claim purports to arise under the Copyright Act, and that this Court would have subject matter jurisdiction over such claims.

3. The allegations contained in Paragraph 3 are conclusions of law to which no response is necessary, but to the extent a response is required: Epicstream admits that it

maintains a place of business in Wake Forest, North Carolina and is subject to personal jurisdiction in this Court.

4. The allegation contained in Paragraph 4 is a conclusion of law to which no response is necessary, but to the extent a response is required, admits that venue is proper in this district.

## PARTIES

5. Epicstream denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5, and therefore denies.

6. Epicstream admits the allegations in the first and third sentences of Paragraph 6. Epicstream denies that it is registered with the North Carolina State Department of Corporations as, to its knowledge, no such department exists, but admits that it is registered to do business in North Carolina.

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph[1]**

7. Epicstream denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7, and therefore denies. Further, the photographs attached to the Complaint as Exhibit A speak for themselves and Epicstream denies any mischaracterization of the same.

8. The allegations contained in Paragraph 8 are conclusions of law to which no response is necessary, but to the extent a response is required: Epicstream denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 8, and therefore denies.

---

[1] To the extent this Section Heading of the Complaint contains factual allegations or legal conclusions, they are denied.

2

Case 5:19-cv-00345-FL    Document 9    Filed 09/19/19    Page 2 of 7

9. Epicstream denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9, and therefore denies. Epicstream states that the referenced copyright registration speaks for itself and denies any mischaracterization of the same.

## B. Defendant's Infringing Activities[2]

10. Epicstream admits that it ran an article on the Website entitled *New Doctor Strange Poster Features Full Look At Benedict Cumberbatch Sorcerer Supreme* and that the posted article included an image of Benedict Cumberbatch in costume as Doctor Strange bearing a resemblance to the Photograph, but Epicstream is without sufficient know whether the image included on the website was, in fact, the Photograph, and therefore denies. Epicstream further states that the URLs linked and the screenshot of the Website speak for themselves and denies any mischaracterization of the same.

11. Epicstream admits that it did not license the Photograph from Plaintiff for its article and did not have Plaintiff's permission or consent to publish the Photograph on its Website, but to the extent the allegation may be read to imply that such license, permission or consent was required under law, the implication is denied.

12. Epicstream denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 12, and therefore denies.

## CLAIM FOR RELIEF

13. Epicstream incorporates by reference each response to the allegations in Paragraphs 1 through 12 of the Complaint.

14. The allegations contained in Paragraph 14 are conclusions of law to which no response is necessary, but to the extent a response is required: Epicstream denies the

---

[2] To the extent this Section Heading of the Complaint contains factual allegations or legal conclusions, they are denied.

allegations contained in Paragraph 14, except that it admits that it is not, and has never been, licensed to use the Photograph, but denies that such a license was required.

15. The allegations contained in Paragraph 15 are conclusions of law to which no response is necessary, but to the extent a response is required: Denied.

16. The allegations contained in Paragraph 16 are conclusions of law to which no response is necessary, but to the extent a response is required: Denied.

17. The allegations contained in Paragraph 17 are conclusions of law to which no response is necessary, but to the extent a response is required: Denied.

18. The allegations contained in Paragraph 18 are conclusions of law to which no response is necessary, but to the extent a response is required: Denied.

19. The allegations contained in Paragraph 19 are conclusions of law to which no response is necessary, but to the extent a response is required: Denied.

## PRAYER FOR RELIEF

Epicstream denies that Plaintiff is entitled to any of the relief sought in the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Upon information and belief, Plaintiff's copyright registration with respect to the Photograph is defective and invalid. Without a valid copyright registration, Plaintiff has no standing to sue for copyright infringement, or seek statutory damages or attorney's fees.

### SECOND AFFIRMATIVE DEFENSE

2. To the extent that the Photograph was used by Epicstream, which Epicstream lacks sufficient information to confirm or deny, Plaintiff's claims are barred by the doctrine of fair use under 17 U.S.C. § 107.

### THIRD AFFIRMATIVE DEFENSE

3. To the extent any copyright in the Photograph has been infringed, which Epicstream denies, Epicstream's actions were innocent and non-willful. Plaintiff fails to identify any facts supporting its allegations that the alleged infringement was willful, intentional, and purposeful instead such allegations are made solely "upon information and belief."

### FOURTH AFFIRMATIVE DEFENSE

4. To the extent any copyright has been infringed, which is denied, Plaintiff has suffered no damages, or has suffered, at most, de minimis damages, as the reasonable licensing fee for use of the Photograph is minimal.

### FIFTH AFFIRMATIVE DEFENSE

5. To the extent any copyright has been infringed, which is denied, the reasonable licensing fee for Plaintiff's photographs is less than the statutory minimum of $750.

### SIXTH AFFIRMATIVE DEFENSE

6. To the extent any copyright has been infringed, which is denied, Plaintiff is not entitled to an award of attorneys' fees.

### SEVENTH AFFIRMATIVE DEFENSE

7. Upon information and belief, Plaintiff does not own the exclusive rights to the Photograph.

### EIGHTH AFFIRMATIVE DEFENSE

8. To the extent any copyright has been infringed, which is denied, Plaintiff failed to mitigate its damages.

Epicstream reserves the right to assert additional defenses as discovery in this case progresses.

WHEREFORE, Epicstream respectfully requests that this Court enter judgment in its favor and against Plaintiff, as follows:

1. Denying all relief sought by Plaintiff in the Complaint;
2. Dismissing the Complaint in its entirety with prejudice;
3. Finding that Plaintiff is not entitled to damages or attorney's fees;
4. Awarding Epicstream its costs, including reasonable attorneys' fees in accordance with 17 U.S.C. § 505; and
5. Granting all such other and further relief as the Court may deem just and proper

Respectfully submitted this the 19th day of September, 2019.

/s/ R. Matthew Van Sickle
R. Matthew Van Sickle
NC Bar No. 33516
Van Sickle Law, PLLC
1135 Kildaire Farm Road, Suite 200
Cary, NC 27511
Tel.: 919.469.5685
matt@mattvansicklelaw.com

/s/ Brandon J. Huffman
Brandon J. Huffman
NC Bar No. 46584
Odin Law and Media
5171 Glenwood Avenue, Suite 103
Raleigh, NC 27612
Tel.: 919.813.0090
Fax: 855.883.9443
brandon@odinlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of September, 2019, he electronically filed the foregoing "ANSWER OF DEFENDANT EPICSTREAM, LLC" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties.

    /s/ R. Matthew Van Sickle    .
R. Matthew Van Sickle
NC Bar No. 33516
Van Sickle Law, PLLC
1135 Kildaire Farm Road, Suite 200
Cary, North Carolina 27511
Tel.:   919.469.5685
Email:  matt@mattvansicklelaw.com

*Attorney for Epicstream, LLC*