UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

STEVE SANDS,

                                    Plaintiff,                          Docket No. 5:19-cv-345-FL

        - against -

EPICSTREAM, LLC

                                    Defendant.

## <u>NOTICE OF CURED DEFICIENCIES</u>

PLEASE TAKE NOTICE THAT, as of October 10, 2019, all Notices of Deficiencies in this action
have been cured.


 Dated: October 10, 2019
 Valley Stream, New York

 Respectfully Submitted:


Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: RL@LiebowitzLawFirm.com