**STEVE SANDS,**

       *Plaintiff,*

- vs -

**EPICSTREAM, LLC**

       *Defendant.*

_____/

## PLAINTIFF'S MOTION FOR 30-DAY EXTENSION OF TIME TO RETAIN LOCAL COUNSEL AND TO FILE NOTICE OF SPECIAL APPEARANCE PURSUANT TO L.R. 83.1(d)-(e)

Pursuant to Local Rule 6.1(a), Plaintiff Steve Sands, via counsel, respectfully requests a thirty (30) day extension of time to comply with Local Rule 83.1(d)-(e).

Defendant has indicated that it will not consent to this motion.

Good cause exists because Mr. Liebowitz is an out-of-state attorney and needs reasonable time to retain local co-counsel.

                         Respectfully Submitted:

                         Richard P. Liebowitz
                         Liebowitz Law Firm, PLLC
                         11 Sunrise Plaza, Suite 305
                         Valley Stream, NY 11580
                         516-233-1660
                         Fax: 516-612-2740
                         RL@LiebowitzLawFirm.com