**UNITED STATES DISTRICT COURT EASTERN**
**DISTRICT OF NORTH CAROLINA WESTERN**
**DIVISION**
**CASE NO. 5:19-cv-00345-FL**

**STEVE SANDS,**
    *Plaintiff*,

    - vs -

**EPICSTREAM, LLC**

    *Defendant.*

_____/

## [PROPOSED] ORDER

UPON GOOD CAUSE SHOWN, Plaintiff Steve Sands' motion for 30-day

extension of time to retain local counsel and to file notice of special appearance

pursuant to L.R. 83.1(d)-(e) is hereby GRANTED.


SO ORDERED                Dated: October __, 2019



_____

Louise Wood Flanagan (U.S.D.J.)