# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Steve Sands,<br>*Plaintiff*<br>v.<br>Epicstream, LLC<br>*Defendant* | )<br>)<br>) Case No. 5:19-cv345<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Steve Sands.

Date: October 18, 2019

s/Albert P. Allan
*Attorney's signature*

Albert P. Allan, N.C. Bar No. 18882
*Printed name and bar number*

Allan Law Firm, PLLC
409 East Boulevard
Charlotte, North Carolina 28203
*Address*

alallan@allaniplitigation.com
*E-mail address*

704-371-5605
*Telephone number*

704-372-7411
*FAX number*