UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEVE SANDS,<br><br>　　　　　　　　　Plaintiff,<br><br>- against -<br><br>EPICSTREAM, LLC<br><br>　　　　　　　　　Defendant. | Docket No. 5:19-cv-345<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Richard P. Liebowitz hereby enters a notice of special appearance as counsel for Steve Sands in the above-captioned matter, in association with Local Civil Rule 83.1 (d) counsel, Al Allan.

　　　　　　　　　　　　　　　　　　　　By:/s/Richard Liebowitz
　　　　　　　　　　　　　　　　　　　　　Richard Liebowitz
　　　　　　　　　　　　　　　　　　　　　Liebowitz Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　11 Sunrise Plaza, Suite 305
　　　　　　　　　　　　　　　　　　　　　Valley Stream, New York 11580
　　　　　　　　　　　　　　　　　　　　　516-233-1660
　　　　　　　　　　　　　　　　　　　　　RL@LiebowitzLawFirm.com
　　　　　　　　　　　　　　　　　　　　　NY Bar No. RL1234
　　　　　　　　　　　　　　　　　　　　　*Attorney for Steve Sands*

　　　　　　　　　　　　　　　　　　　　By: /s/Albert P. Allan
　　　　　　　　　　　　　　　　　　　　　Albert P. Allan
　　　　　　　　　　　　　　　　　　　　　Allan Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　409 East Boulevard
　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28203
　　　　　　　　　　　　　　　　　　　　　AlAllan@AllanIPLitigation.com
　　　　　　　　　　　　　　　　　　　　　704-371-5605

　　　　　　　　　　　　　　　　*Local Civil Rule 83.1(d) Counsel for Steve Sands*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2019, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE OF RICHARD LIEBOWITZ with the Clerk of Court using the CM/ECF system, and a copy of this notice have been served via e-mail on counsel for Defendant.

EpicStream, LLC
Brandon J. Huffman
Odin Law and Media
5171 Glenwood Avenue, Suite 103
Raleigh, NC 27613

By:/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
516-233-1660
RL@LiebowitzLawFirm.com
NY Bar No. RL1234
*Attorney for Steve Sands*