UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NORTH CAROLINA WESTERN
DIVISION
CASE NO. 5:19-cv-00345-FL

**STEVE SANDS,**
    *Plaintiff*,

- vs -

**EPICSTREAM, LLC**

    *Defendant.*

_____/

## ORDER

UPON GOOD CAUSE SHOWN, Plaintiff Steve Sands' motion for 30-day extension of time to retain local counsel and to file notice of special appearance pursuant to L.R. 83.1(d)-(e) is hereby GRANTED.

Dated: October 24, 2019.                  SO ORDERED.

                                                      LOUISE W. FLANAGAN
                                                      United States District Judge