UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEVE SANDS<br><br>               Plaintiff,<br><br>    v.<br><br>EPICSTREAM, LLC<br><br>               Defendant. | **STIPULATION OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(io))**<br><br>**Case No.: 1:19-cv-345-FL** |

IT IS HEREBY STIPULATED between the parties that the above case settled and should be dismissed with prejudice with each side to bear it own costs and attorney's fees.


/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: November 10, 2019

*Attorneys for Plaintiff Steve Sands*


/s/ Brandon J. Huffman
Brandon J. Huffman
Odin Law and Media
5171 Glenwood Avenue, Suite 103
Raleigh, NC 27612
919-813-0090
Brandon@OdinLaw.com

Dated: November 13, 2019

*Attorneys for Epicsteam, LLC*