UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEVE SANDS<br><br>       Plaintiff,<br><br>v.<br><br>EPICSTREAM, LLC<br><br>       Defendant. | **STIPULATION OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(io))**<br><br>Case No.: 5:19-cv-345-FL |

IT IS HEREBY STIPULATED between the parties that the above case settled and should be dismissed with prejudice with each side to bear it own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

/s/Al Allan
Al Allan
Allan IP Litigation
409 East Boulevard, Suite 201
Charlotte, NC 28203
704-371-5605
AlAllan@AllanIPLitigation.com

Dated: November 10, 2019

*Attorneys for Plaintiff Steve Sands*


/s/ Brandon J. Huffman
Brandon J. Huffman
Odin Law and Media
5171 Glenwood Avenue, Suite 103
Raleigh, NC 27612
919-813-0090
Brandon@OdinLaw.com

Dated: November 13, 2019

*Attorneys for Epicsteam, LLC*